UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MADURO DISTRIBUTORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LOONVAPE.NET, <br><br> Defendant. | Case No. 1:23-cv-01646 (LMB/JFA) |

**ORDER AND JUDGMENT**

This action comes before the Court on Plaintiff Maduro Distributors, Inc.'s ("Maduro") Motion for Entry of Default Judgment transferring the domain loonvape.net to Plaintiff. Having reviewed the motion and the supporting documentation and determined that: (i) this Court has subject matter and personal jurisdiction and that service upon Defendant Domain Name was proper; and (ii) the Complaint alleges facts establishing all of the necessary elements of a claim pursuant to 15 U.S.C. § 1125(D)(1)(a), it is hereby

ORDERED that Plaintiff's Motion for Entry of Default Judgment shall be, and hereby is, GRANTED;

It is further ORDERED that judgment is ENTERED by default in favor of Plaintiff Maduro Distributors, Inc. and against the Defendant Internet domain name www.loonvape.net.

It is further ORDERED that the registry, NameSilo, is DIRECTED to change the registrar of record for the defendant domain name www.loonvape.net to Plaintiff's registrar of choice as may be directed by Plaintiff or its representatives in writing, and that registrar is then DIRECTED to take the necessary steps to have Maduro Distributors, Inc. listed as the registrant for the domain name www.loonvape.net.

The Clerk is DIRECTED to enter judgment in accordance with this Order, pursuant to Fed. R. Civ. P. 58(b), and to place this matter among the ended causes.

It is so ORDERED AND ADJUDGED this 23rd day of July, 2024.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge