# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Maduro Distributors, Inc.<br><br>           Plaintiff<br><br>v.<br><br>Loonvape.net<br><br>           Defendant | ) ) ) ) ) ) ) ) ) ) ) Civil Action No 1:23-cv-01646-LMB-JFA |

## **JUDGMENT**

Pursuant to the Order of this Court entered on July 23, 2024 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff Maduro Distributors, Inc. and against the Defendant Loonvape.net.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____

S. Williams
Deputy Clerk

Dated: 7/23/2024
Alexandria, Virginia